EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 146 |
| Luz M. Carrasquillo López | 179 DPR _____ |

Número del Caso: TS-3320


Fecha: 29 de julio de 2010


Abogado de la Parte Peticionaria:

Por Derecho Propio



Materia: Baja voluntaria al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                                3320
Luz M. Carrasquillo López




Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN


San Juan, Puerto Rico, a  29 de julio de 2010


    Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Luz M. Carrasquillo López, así como la comunicación presentada por la Oficina del Fiscal General, se autoriza su baja voluntaria.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo